

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00077-CV

| | | |
|---|---|---|
| RICHARD W. MONCRIEF AND MARSHALL M. SEARCY, INDIVIDUALLY AND IN THEIR RESPECTIVE CAPACITIES AS SUCCESSOR GENERAL PARTNERS OF MONCRIEF FAMILY PARTNERSHIP, L.P. | § | On Appeal from the 96th District Court |
| AND TRUSTEES OF THE W.A. MONCRIEF, JR. MANAGEMENT TRUST, AND ON BEHALF OF THE MANAGEMENT TRUST AND MFP, Appellants | § | of Tarrant County (096-320546-20) |
| | § | May 18, 2023 |
| V. | | |
| | § | Opinion by Justice Wallach |
| TOM OIL MONCRIEF, GLORIA MARIE MONCRIEF, AND GARY R. ALLEN, Appellees | § | Dissenting Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's Order Granting Temporary Injunction is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion. We dismiss for lack of jurisdiction Appellants Richard W. Moncrief and Marshall M. Searcy, individually and in their respective capacities as Successor General Partners of Moncrief Family Partnership, L.P. and Trustees of the W.A. Moncrief, Jr. Management Trust, and on behalf of the Management Trust and MFP's issue that the trial court abused its discretion in effectively denying Appellants' Amended Motion to Refer Matter to Arbitration, Plea in Abatement, and Motion for Stay.

It is further ordered that Appellees Tom Oil Moncrief, Gloria Marie Moncrief, and Gary R. Allen shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach